IN The U.S. DistRict Civil court Eastern
At chattanooga Tennessee

1-26-CV-179

Date 6-25-2026

PLaintiff Billy w. Locke ("pra-se")

V.

Defendants
Deputy Logan Brooks

Detective greg Price

Polk county T.N.
Respondant Superior

1:26-CV-179

(Cell Phone Serch)
AFFidav,'T of complaint

On Oct. 23-2025 I was arrested By Logan Brooks
up on my arrest my Phone was left in my Truck,
he comes To the police car where I was in hand cuffs in Back seat
and ask if I wonted To Take my Phone to The Jail with me
The officer was suposed To have let me get my familys
phone No. off my Phone as soon as we got To The Jail
That is what he tells me That he would do,
But insted of letting me get my Phone Numbers, he Steals
my Phone and gives iT Detective Greg Price, I Never got
To get not one Phone No. off of it The hole Time I was in
Jail. But mr. Price Takes my Phone on or about oct
29th an searched my Phone with out my sayso or
and with out a warrant or Problabcause and
The warrant was Never issued For the Search of my
Phone untile Nov. 17th 2025 well after The Search of my
Phone, The warrant To Search my Phone has To come
Befor The search and not after,
This is a violation oF my Fourth Amend. Right
To be secured in my Property and effects,

Case 1:26-cv-00179-TRM-CHS   Document 2   Filed 07/02/26   Page 1 of 2   PageID #: 5

and is a violation of my 5Th and 14th Amend
Due Process, Riley v. califonia, 573.u.s. 373 (2014)
u.s. v. wurie No. 11-1792 (1st. cir. 2013)
a long with The state constitution and u.s. consti.
28.u.s.c. 1331 gives The District court jurisdiction To hear this
case, (This case can Be Proven By The search warrant For
my Phone)

(conclusion)

I hearby request $50,000 From each officer
and $200,000 From The county For this injustice
and all such other relief both general and specific
to which Plaintiff may be entitled under the premises
Pursuant to applicable law., and Their negligent
acts.

(The government Responsible For The officer is required
To Train The Police officers)

Billy w. Locke #175987
Polk co. Jail
Po Box 1189
Benton TN, 37307

Respectfully Sumitted
Billy Locke